IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL RUGGIERO,<br><br>        Plaintiff,<br><br>  v.<br><br>BRIAN NOCENTI,<br><br>        Defendant. | CIVIL ACTION<br>NO. 18-3047 |

**ORDER**

**AND NOW**, this 25th day of August 2021, it is **ORDERED** as follows:

1. Judgment is entered in favor of Plaintiff Michael Ruggiero and against Defendant Brian Nocenti on the breach of contract claim in Count I of the Complaint in the amount of $36,190.

2. Judgment is entered in favor of Defendant Brian Nocenti and against Plaintiff Michael Ruggiero on the fraud in the inducement claim in Count VII of the Complaint and on the violation of the Pennsylvania UTPCPL claim in Count VIII of the Complaint.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.